Argued and submitted January 10, affirmed February 2, 1994

## PARIS L. TAYLOR,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
Superintendent, Oregon State Penitentiary,
*Respondent.*

(93C12083; CA A80771)

866 P2d 526

Garrett A. Richardson argued the cause for appellant. With him on the brief was Multnomah Defenders.

Youlee Y. You argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Riggs, Judge, and Durham, Judge pro tempore.

PER CURIAM

Affirmed. *Allen v. Maass*, 124 Or App 195, 859 P2d 1205 (1993).